O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES NOONER,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, Warden,<br><br>        Respondent. | Case No. CV 08-5912-CAS (CT)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation.

    Among other arguments in his objections, petitioner contends that the disciplinary infractions that he suffered during his incarceration should not serve as evidence supporting the Governor's parole revocation decision because, in truth, the conduct underlying those infractions was justified. Although petitioner provides several excuses and explanations for the disciplinary infractions, the infractions nevertheless have never been overturned. Moreover, petitioner cannot use his current habeas petition to collaterally

1  challenge the infractions underlying the Governor's parole revocation
2  decision. See <u>Lackawanna County District Attorney v. Coss</u>, 532 U.S.
3  394 (2001)(rejecting collateral attack on prior state conviction in
4  petition for writ of habeas corpus by a person in state custody
5  pursuant to 28 U.S.C. § 2254 challenging enhanced state sentence).
6       Accordingly, after having considered the arguments above and all
7  other arguments raised by petitioner in his objections, the court
8  concurs with and adopts the findings, conclusions, and recommendations
9  of the magistrate judge.
10      IT IS ORDERED that judgment be entered denying the petition for
11 writ of habeas corpus and dismissing this action with prejudice.

13 DATED:  January 8, 2009         _____
                                   CHRISTINA A. SNYDER
                                   UNITED STATES DISTRICT JUDGE