JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES NOONER, | Case No. CV 08-5912-CAS (CT) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| JOHN F. SALAZAR, Warden, | |
| Respondent. | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed without prejudice.

DATED: January 8, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE